UNITED STATES *v.* C. WILDERMANN CO., INC.

**No. 5526.**—Invoice dated Saumur, France, December 28, 1939.
Certified January 2, 1940.
Entered at New York, February 21, 1940.
Entry No. 787469.

(Decided December 19, 1941)

*Paul P. Rao,* Assistant Attorney General (*Daniel I. Auster,* special attorney), for the plaintiff.
*Fred Bennett* for the defendant.

TILSON, Judge: When this appeal for a reappraisement was called for a hearing it was submitted by counsel for the respective parties without the introduction of any evidence in support of any value other than the appraised value. In view of the condition of the record before me, I find and hold the proper dutiable value of the merchandise covered by this appeal to be the presumptively correct values found by the appraiser. Judgment will be rendered accordingly.